KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES MAGISTRATE COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3 05 70551 MAG |
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM MAY 25, 2006 TO JUNE 1, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
| v. | ) | |
| ANTHONY TRAVIS, | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of June 1, 2006 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 25, 2006 to June 1, 2006.  The parties agree, and the Court finds and holds, as follows:

    1. The defendant has been released on his own recognizance.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1    3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
2    preliminary hearing.
3    4. Counsel for the defense believes that postponing the preliminary hearing is in his
4    client's best interest, and that it is not in his client's interest for the United States to indict the
5    case during the normal 20-day timeline established in Rule 5.1.
6    5. The Court finds that, taking into the account the public interest in the prompt
7    disposition of criminal cases, these grounds are good cause for extending the time limits for a
8    preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
9    the Court finds that the ends of justice served by excluding the period from May 25, 2006 to June
10   1, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  §
11   3161(h)(8)(A).
12   6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
13   hearing date before the duty magistrate judge on June 1, 2006 at 9:30A.M., and (2) orders that
14   the period from May 25, 2006 to June 1, 2006 be excluded from the time period for preliminary
15   hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations
16   under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:  May 24, 2006        _____/s_____
                             RON TYLER
                             Attorney for Defendant


DATED:  May 23, 2006        _____/s_____
                             ROBERT DAVID REES
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 25, 2006         _____
                             HON. ELIZABETH D. LAPORTE
                             United States Magistrate Judge

