FILED

OCT 11 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 06-0460 NJV |
| vs. | ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| ANTHONY TRAVIS, | ) | |
| Defendant. | ) | |

### STIPULATION

Defense counsel request to continue the sentencing hearing in the above-captioned matter from, October 12, 2006 until October 20, 2006 at 9:30 a.m. The continuance requested is necessary because defense counsel will be out of town. Assistant United States Attorney Robert Rees and United States Probation Officer Cheryl Simone have been contacted and have no objection to continuing the sentencing in this matter;

**IT IS SO STIPULATED.**

DATED: October 11, 2006

/S/
RONALD TYLER
Assistant Federal Public Defender
Counsel for Anthony Travis

DATED: October 11, 2006

/S/
ROBERT REES
Assistant United States Attorney

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Anthony Travis*
CR 06-0460 NJV

- 1 -

# ORDER

For the foregoing reasons, the sentencing hearing in this matter is continued until October 20, 2006 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 10/11/06

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Anthony Travis*
CR06-0460 NJV                              - 2 -